# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANABELLE LA, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CROWN CASTLE INTERNATIONAL CORP., JAY A. BROWN, and DANIEL K. SCHLANGER,<br><br>*Defendants*. | Case No. 2:20-cv-02156-CCC-ESK<br><br><u>CLASS ACTION</u><br><br>ORAL ARGUMENT REQUESTED |
| DEWEY GOERING, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CROWN CASTLE INTERNATIONAL CORP., JAY A. BROWN, and DANIEL K. SCHLANGER,<br><br>*Defendants*. | Case No. 2:20-cv-02943-CCC-ESK<br><br><u>CLASS ACTION</u> |

**STIPULATION AND ORDER GRANTING MOTION OF CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

WHEREAS, the Court has considered the motions of movants Yenho Tree ("Mr. Tree") and the City of Ann Arbor Employees' Retirement System's (the "City of Ann Arbor ERS" or "Ann Arbor") for entry of an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing a Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (3) and approving Movants' selection of counsel;

1

IT IS THEREFORE STIPULATED AND ORDERED THAT:

1. The Court hereby orders that, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *La v. Crown Castle Int'l. Corp.,* No. 2:20-cv-02156 and *Goering v. Crown Castle Int'l. Corp.,* No. 2:20-cv-02943 are consolidated as:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re* CROWN CASTLE INT'L. CORP. SECURITIES LITIGATION | ) Master File No. 2:20-cv-02156 ) ) <u>CLASS ACTION</u> ) |
| This Document Related to:<br><br>ALL ACTIONS. | ) ) ) ) |

(a) The file in Case No. 2:20-cv-02156 shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b) All securities class actions on behalf of purchasers of Crown Castle securities subsequently filed in, or transferred to, this District shall be consolidated into this action. This order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

   (c) This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

 2. Movants Yenho Tree and the City of Ann Arbor Employees' Retirement System are appointed to serve as Lead Plaintiff in the above-captioned action pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B).

 3. Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Hagens Berman Sobol Shapiro LLP and Robbins Geller Rudman & Dowd LLP are approved as Lead Counsel for the Class in the action. In addition, Lite DePalma Greenberg, LLC and Seeger Weiss LLP are approved as Liaison Counsel. Lead Counsel shall have authority to speak for the Plaintiffs in all matters and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by Plaintiffs except through Lead Counsel. Lead Counsel shall also be available and responsible for communications to and from this Court. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

 IT IS SO ORDERED.

Dated: December 7, 2020          /s Claire C. Cecchi
                   HONORABLE CLAIRE C. CECCHI, U.S.D.J.

Dated: December 4, 2020

By: */s/ Bruce D. Greenberg*
    BRUCE D. GREENBERG

Bruce D. Greenberg
**LITE DEPALMA GREENBERG, LLC**
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com
*Liaison Counsel for Lead Plaintiff Yenho Tree*

Steve W. Berman (admitted *Pro Hac Vice*)
Shayne C. Stevenson
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
shaynes@hbsslaw.com

Reed R. Kathrein
Danielle Smith
Lucas E. Gilmore (admitted *Pro Hac Vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for Lead Plaintiff Yenho Tree and Lead Counsel*

By: */s/ Christopher A. Seeger*
    CHRISTOPHER A. SEEGER

Christopher A. Seeger
Christopher A. Ayers
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
cseeger@seegerweiss.com
cayers@seegerweiss.com
*Liaison Counsel for Lead Plaintiff City of Ann Arbor Emps.' Ret. Sys.*

Tricia L. McCormick
Michael Albert
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
triciam@rgrdlaw.com
malbert@rgrdlaw.com

*Counsel for Lead Plaintiff City of Ann Arbor Emps.' Ret. Sys. and Lead Counsel*

Thomas C. Michaud
**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
tmichaud@vmtlaw.com

*Additional Counsel for Lead Plaintiff City of Ann Arbor Emps.' Ret. Sys.*